COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of A.C.D. and S.C.D., Children

Appellate case number:     01-19-00198-CV

Trial court case number:    2017-05093J

Trial court:               314th District Court of Harris County

On May 9, 2019, this Court dismissed the appeal for want of jurisdiction. *See In re A.C.D.*, No. 01-19-00198-CV, 2019 WL 2040750 (Tex. App.—Houston [1st Dist.] May 9, 2019, no pet. h.) (mem. op.). A motion for rehearing was due by May 24, 2019. *See* TEX. R. APP. P. 49.1. Appellant has filed two motions for an extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.8.

We **dismiss as moot** appellant's motion for an extension of time to file a motion for rehearing, filed on May 23, 2019. We **grant in part** appellant's motion for an extension of time to file a motion for rehearing, filed on May 24, 2019.

**Appellant's motion for rehearing is due to be filed no later than Friday, June 14, 2019**. **No extensions of time will be granted absent extraordinary circumstances**.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                         ☑ Acting individually    ☐ Acting for the Court

Date:   ___June 4, 2019__